GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile: (415) 362-4115
Email: gvwhite@sprynet.com

Attorneys for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**WHA**

JUDITH RODDEN,

   Plaintiff,

  v.

AECOM TECHNOLOGY CORP., a Delaware corporation; AECOM TECHNOLOGY CORP. LONG-TERM DISABILITY PLAN, and HARTFORD LIFE & ACCIDENT INSURANCE CO., a Connecticut corporation,

   Defendants.

Case No. CV 08 2953

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 13, 2008

              Respectfully submitted,

              LAW OFFICE OF GEOFFREY V. WHITE

              By _____
                Geoffrey V. White
                Attorneys for Plaintiff