1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2       EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5
   Attorneys for Defendants
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY, LONG-TERM DISABILITY AND LIFE PLAN
7  FOR EMPLOYEES OF MINNESOTA METHANE LLC

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12 | JUDITH RODDEN,                              )  Case No.: CV 08 2953 WHA
13 |                Plaintiff,                    )
                                                  )  **DEFENDANT HARTFORD'S**
14 |        vs.                                   )  **CERTIFICATE OF INTERESTED**
                                                  )  **PARTIES**
15 | AECOM TECHNOLOGY CORP., a Delaware )
     corporation; AECOM TECHNOLOGY          )  Hon. William H. Alsup
16 | CORP. LONG-TERM DISABILITY PLAN,   )
     and HARTFORD LIFE & ACCIDENT         )
17 | INSURANCE CO., a Connecticut corporation, )
                                                  )
18 |                Defendants.                   )
19 |_____)

20
21
22
23
24
25
26
27
28

1    Defendant Hartford Life and Accident Insurance Company ("The Hartford") hereby
2 identifies any parent corporation and any publicly held corporation that owns 10 percent or
3 more of its stock, as follows:
4    The Hartford Financial Services Group, Inc., Delaware
5    Hartford Holdings, Inc., Delaware
6    Hartford Life, Inc., Delaware
7    Hartford Life and Accident Insurance Company, Connecticut
8    Other than the entities above, and any that may be disclosed by plaintiff or by The
9 Hartford's co-defendants, The Hartford is not aware of any other persons, associations of
10 persons, firms, partnerships, corporations (including parent corporations) or other entities
11 known to have either: (i) a financial interest of any kind in the subject matter in controversy or
12 in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected
13 by the outcome of the proceeding.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

Date: August 1, 2008          By_____/s/Laura E. Fannon_____
                                  Laura E. Fannon
                                  Attorneys for Defendant
                                  HARTFORD LIFE AND ACCIDENT
                                  INSURANCE COMPANY

-1-

DEFENDANT HARTFORD'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. C08 2953 WHA

367468.1