1  LAURA E. FANNON (SBN 111500)
   WILSON, ELSER, MOSKOWITZ,
2       EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
3  San Francisco, CA 94105-2725
   Tel.: (415) 433-0990
4  Fax: (415) 434-1370

5

   Attorneys for Defendants
6  HARTFORD LIFE AND ACCIDENT INSURANCE
   COMPANY and AECOM TECHNOLOGY CORPORATION
7  LONG-TERM DISABILITY PLAN

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 JUDITH RODDEN,                        )  Case No.: CV 08 2953 WHA
                                         )
13              Plaintiff,               )  SUBSTITUTION OF ATTORNEYS
                                         )
14      vs.                              )
                                         )  Hon. William H. Alsup
15 AECOM TECHNOLOGY CORP., a Delaware)
   corporation; AECOM TECHNOLOGY         )
16 CORP. LONG-TERM DISABILITY PLAN,      )
   and HARTFORD LIFE & ACCIDENT          )
17 INSURANCE CO., a Connecticut corporation,)
                                         )
18              Defendants.              )
                                         )
19 ─────────────────────────────

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
                SUBSTITUTION OF ATTORNEYS
369661.1                        CASE NO. C08 2953 WHA

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that defendant Aecom Technology Corporation Long Term
4  Disability Plan ("The Plan") hereby substitutes counsel as follows:

6  **1.**     **Former legal representative:**
7      Littler Mendelson, by John C. Kloosterman, SBN 182625
8  **2.**     **New legal representative as of August 12, 2008:**

    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    by Laura E. Fannon (SBN 111500)
    525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
    Tel: (415) 433-0990
    Fax: (415) 434-1370

**3.**     **The party making this substitution** is The Plan. Aecom Technology Corporation continues to be represented by Littler Mendelson.

**4.**     **I consent to this substitution.**

Dated: August 13, 2008      The Plan      _(signature)_
                                  (Print Name)      (Signature of party/representative)

**5.**     **I consent to this substitution.**

Dated: August ___, 2008      Littler Mendelson
                                  (Print Name)      (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEYS      CASE NO. C08 2953 WHA

369661.1

1   TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2   HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3   PLEASE TAKE NOTICE that defendant Aecom Technology Corporation Long Term
4   Disability Plan ("The Plan") hereby substitutes counsel as follows:

6   **1.    Former legal representative:**
7       Littler Mendelson, by John C. Kloosterman, SBN 182625
8   **2.    New legal representative as of August 12, 2008:**
9       Wilson, Elser, Moskowitz, Edelman & Dicker LLP
10      by Laura E. Fannon (SBN 111500)
        525 Market Street, 17th Floor
11      San Francisco, CA 94105-2725
        Tel: (415) 433-0990
12      Fax: (415) 434-1370

14  **3.    The party making this substitution** is The Plan. Aecom Technology Corporation
15  continues to be represented by Littler Mendelson.

17  **4.    I consent to this substitution.**

19  Dated: August ___, 2008     The Plan    _____
20                              (Print Name)     (Signature of party/representative)

22  **5.    I consent to this substitution.**

24  Dated: August 22, 2008      Littler Mendelson    [signature]
25                              (Print Name)     (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEYS     CASE NO. C08 2953 WHA

369661.1

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: August 22, 2008     Wilson, Elser, et al.     *[signature]*
                                 (Print Name)       (Signature of new attorney)

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

Date: August 22, 2008            By *[signature]*
                                             Laura E. Fannon
                                             Attorneys for Defendant
                                         HARTFORD LIFE AND ACCIDENT
                                                  INSURANCE COMPANY

**Substitution of Attorney is hereby approved:**

Date: _____, 2008         _____
                                                 UNITED STATES DISTRICT JUDGE