LAURA E. FANNON (SBN 111500)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendants
HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY and AECOM TECHNOLOGY CORPORATION
LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH RODDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>AECOM TECHNOLOGY CORP., a Delaware corporation; AECOM TECHNOLOGY CORP. LONG-TERM DISABILITY PLAN, and HARTFORD LIFE & ACCIDENT INSURANCE CO., a Connecticut corporation,<br><br>    Defendants. | Case No.: CV 08 2953 WHA<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>Hon. William H. Alsup |

---

SUBSTITUTION OF ATTORNEYS
CASE NO. C08 2953 WHA

369661.1

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Aecom Technology Corporation Long Term Disability Plan ("The Plan") hereby substitutes counsel as follows:

1. **Former legal representative:**

   Littler Mendelson, by John C. Kloosterman, SBN 182625

2. **New legal representative as of August 12, 2008:**

   Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   by Laura E. Fannon (SBN 111500)
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. **The party making this substitution** is The Plan. Aecom Technology Corporation continues to be represented by Littler Mendelson.

4. **I consent to this substitution.**

Dated: August 13, 2008        The Plan            _____
                              (Print Name)         (Signature of party/representative)

5. **I consent to this substitution.**

Dated: August ___, 2008       Littler Mendelson   _____
                              (Print Name)         (Signature of former attorney)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Aecom Technology Corporation Long Term Disability Plan ("The Plan") hereby substitutes counsel as follows:

1. **Former legal representative:**

   Littler Mendelson, by John C. Kloosterman, SBN 182625

2. **New legal representative as of August 12, 2008:**

   Wilson, Elser, Moskowitz, Edelman & Dicker LLP
   by Laura E. Fannon (SBN 111500)
   525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
   Tel: (415) 433-0990
   Fax: (415) 434-1370

3. **The party making this substitution** is The Plan. Aecom Technology Corporation continues to be represented by Littler Mendelson.

4. I consent to this substitution.

Dated: August ___, 2008    The Plan___
                           (Print Name)          (Signature of party/representative)

5. I consent to this substitution.

Dated: August 22, 2008    Littler Mendelson
                          (Print Name)          (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEYS                        CASE NO. C08 2953 WHA

369661.1

6.  I am duly admitted to practice in this District and accept this substitution.

Dated: August 22, 2008        Wilson, Elser, et al.        /s/ Laura E. Fannon
                                  (Print Name)            (Signature of new attorney)

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

Date: August 22, 2008             By /s/ Laura E. Fannon
                                        Laura E. Fannon
                                     Attorneys for Defendant
                                  HARTFORD LIFE AND ACCIDENT
                                      INSURANCE COMPANY

**Substitution of Attorney is hereby approved:**

Date: __September 2__, 2008

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup
UNITED STATES DISTRICT JUDGE

-2-

SUBSTITUTION OF ATTORNEYS

CASE NO. C08 2953 WHA

369661.1