IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH RODDEN,

    Plaintiff,

v.

AECOM TECHNOLOGY CORP., a Delaware corporation, AECOM TECHNOLOGY CORP. LONG-TERM DISABILITY PLAN, a Delaware corporation, and HARTFORD LIFE & ACCIDENT INSURANCE CO., a Connecticut corporation,

    Defendants.
                                           /

No. C 08-02953 WHA

**ORDER SETTING BENCH TRIAL RE BIAS**

    The Court has reviewed the parties cross motions' for summary judgment and the supplemental submissions addressing the admissibility of plaintiff's evidence regarding alleged bias. A bench trial limited to the issue of bias will be held on **MARCH 2–3, 2009, FROM 2 PM TO 6 P.M**. The bench trial will proceed with evidence that would be received in accordance with normal trial procedures. A pretrial conference will be held on **MONDAY, FEBRUARY 23, 2009, AT 2 PM**.

    **IT IS SO ORDERED.**

Dated: February 5, 2009.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE