**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH RODDEN,

    Plaintiff,

  v.

SECOM TECHNOLOGY CORP., a Delaware corporation, SECOM TECHNOLOGY CORP. LONG-TERM DISABILITY PLAN, and HARTFORD LIFE & ACCIDENT INSURANCE CO., a Connecticut corporation,

    Defendants.

No. C 08-02953 WHA

**ORDER RE NOTICE OF SETTLEMENT**

    The Court acknowledges and thanks the parties' notice of settlement in the captioned matter. Due to the many failures of "settlements in principle," the Court has learned that it is far better to leave all calendared dates and deadlines in effect until a dismissal is actually filed. The pretrial conference will proceed as scheduled at 2:00 on February 23.

    **IT IS SO ORDERED.**

Dated: February 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE